The next case is United States v. Fuller. Counsel, we're ready. Thank you, and good morning. Tracy Staub for Mr. Fuller, the appellant. This case is a case of statutory construction. The government concedes the facts are undisputed. The case presents pure questions of law, namely whether the jurisdictional circumstances under 18 U.S.C. 1028C are necessary elements to the crime charged under subsection A, and whether the crime is properly charged under subsection A-6. I don't understand why the words or appears to be in the statute don't cover it. Okay. Well, and I provided copies of the statute to the court, the panel, in case the court didn't have one readily available. But it's helpful to look at subsection A-6. And I think one of the things that would have helped in this – Are you referring – I've got a multi-page false identification of crime control act there. No, that's the legislative history. There should have been another document that looks like this. Yes. I'm with you. Okay. A-6, down there. And it says – it says whoever in circumstances described in subsection C, and I'll get back to that, but knowingly possesses an identification document or authentication feature that is or appears to be an identification document or an authentication feature of the United States or a sponsoring entity of a special event which is stolen or produced without lawful authority. So one of the things that would have been helpful in this case is if they had actually added punctuation. You mean to the – in that part of the statute? Well, to this clause, 6. And the way I read it is that – There's an old English doctrine that you should disregard punctuation in statutes because the printers were unreliable about it. And that's true. And I've seen cases argued where, you know, they fight over a semicolon to the nth degree. But nevertheless, if you look at subsection 6 and you put a comma after knowingly possesses an identification document, comma. Wait a minute. Knowingly – Possesses an identification document, comma. Or an authentication feature that is or appears to be an identification document. So the is or appears to be modifies the authentication feature. But that comma's not there. There is no comma there, yes. But we know that these are alternative. Well, the alternative, as I read it, is simply you can possess a set of credentials that was made by the agency and try to pass it off as if you are an agent. Or you can present a false authentication feature – I'll call it a false set of credentials – that appears to be legitimate. So that you get convicted under this statute either with a real set of credentials that you're using to pass yourself off as an agent, or as a false set of credentials that you are trying to pass yourself off as an agent, which appear to be legitimate. Isn't that a reasonable reading of that language without adding your commas? Actually, Your Honor, if you look at subsections 1 through 5, each one of those includes the making of an identification document or a false identification document. Right. Congress was concerned with two things. One, somebody making their own set of credentials, or two, using a real set of credentials without authorization. But subsection 6 does not include false identification. Well, it says, or authentication feature. Without the comma that you want to insert, then the disjunctive in my interpretation makes sense, doesn't it, Ms. Stahl? Well, if you read... Either you possess an identification document, which as I read 6, if there had actually been a State Department agency by whatever name, and he'd somehow got his hands, maybe an agent had his credentials stolen, and he was passing himself off using a legitimate set of State Department credentials, claiming to be a federal agent, he gets zinged on the first clause. But if he's really good with Photoshop, and he makes his own set of credentials that looks just like the real thing, and tries to pass himself off, then he's liable under the second clause after the OR. Well, Ms. Stahl, it seems to me the point you're trying to make is that subsections 1 through 5 all expressly include a false document. That's correct. But subsection 6 omits a reference to a false document, so there must have been some reason why it was omitted in 6. That's one of the statutory construction arguments. Well, if that's the case, then how do you explain in 6 the language that follows or appears to be an identification document? Why couldn't that include a false document if it was a really good one? Identification documents and authentication features are two different things. What's an authentication feature? Authentication feature is like one of those holograms. Like the eagle with the talons? Yeah, but it's something that authenticates the document. You know when you have your $20 bill and they've got those, you turn it sideways. Those are the holograms. Those are the authentication features, so possession of one of those, or an identification document. Now, he was specifically charged with an identification document, not an authentication feature. So one of the questions is when a need appears, or the government needs appears to be to modify identification document, and you need appears to be to modify authentic feature or authentication feature and not to modify identification document. Right. Have I got that? Yes. Now, why doesn't it modify identification document? I don't see why it shouldn't. Well, because otherwise it would basically read, not only possesses an identification document, that is or appears to be an identification document. Why would they say that? That doesn't make any sense. That wouldn't make any sense if that's all they said, but they say appears to be an identification document of the United States, and that does make sense. See, and again, that depends on what you're modifying. If you have a comma after. I've got an ID card that shows that I'm a judge of this court, so I get to get through the door without the security people going through my briefcase. Not too many doors. I was going to say. Not the airplane. I never found that door. Your Honor, can I name? If you were irritated at having them go through your briefcase, and it's irritating to everyone, I imagine, and you created something that looked just like mine, which you probably could, I don't see why that wouldn't violate the words of 6 and the purpose of 6. Okay. Let me get to this. Down below, it says which is stolen or produced without lawful authority. And one of the things that I have provided with the Court is the legislative history, and particularly important in this is page 7 of that legislative history, because it talks about the difference between a false identification document and a production without lawful authority. And I kind of bolded the language there to make it a little bit easier to read. But basically, under the legislative history, what it says is a false identification document would include apparent identification cards which seem to have been issued by a government authority even when that authority may not issue an identification card. Voila. That's what we have here. That's exactly what we have here. Now, if you produce something without lawful authority, that's basically counterfeiting. So if I were to produce your ID card, it would be a counterfeit. And so it would be produced without lawful authority. But it would still be a fake of a real one as opposed to a fake of one that doesn't exist. So it would fall under A6 because it would be produced without lawful authority. But it would still be an identity. There are a bunch of courts where not everybody knows their name. Like where I live, they know the Alaska District Court, Alaska Superior Court. Some people know about the United States Court of Appeals for the Ninth Circuit, and some don't. I imagine you could come up with some United States court of something or other that sounds real but doesn't exist, and it would have exactly the same effect on the security people. Right. If I were to produce a false federal document, then I could be prosecuted under A1, which is making an ID document or a false ID document. What is the case law on this? Well, Your Honor, there's really not a lot of good case law. The one case that the government cites to in its case is United States v. Gross, which is a 1987 Sixth Circuit case. But, again, the language in A6 in that case was different than the language that the statute currently has. So it was interpreting different language in that case. But let me get back to, I think, your argument. I still don't understand why an identification document that appears to be an ID document can't include a false document, which is basically what your client had. It can include a counterfeit document. In other words, a document that exists but it's a fake. But in this case, we have a document that doesn't ever exist. Well, it existed because your client made it. And your argument is that because there is no, whatever this thing, the Anti-Response Department, there's only the Diplomatic Security Service and the State Department, then it couldn't be or appear to be an identification document because there is no such agent. Right. And it's a false document that falls exactly under the definition of a false document. Why is an identification document that appears to be an identification document of the United States? It's got the eagle holding in his talons the arrows and the olive branch? Well, Your Honor, if that were the case, then there would be no need to distinguish between real ID documents and false ID documents. Sure there would be. Going back to the questions I asked you earlier about why you need to punish both the impermissible use of legitimate documents, which may have been stolen or misappropriated, and punishing people who make up their own documents and pass themselves off as Federal agents. Why couldn't Congress have both of those potential law violations in mind when it enacted this statute? They could. But if you look at the definition under D3, under the term identification document, it means a document issued by the State. And they didn't say issued or appears to be issued. They said issued by the State. And then you go to D4, which is the false documentation. So they've separated the definitions of these two. And they could have said a document is identification document if it is or appears to be issued by the State. But that's not what they said. And in order to give meaning to the distinction between 3 and 4, we have to decide what's a false document and what's a real document. But your position then is that Congress could not have intended to be punishing people who are trying to pass themselves off as Federal special agents unless they are actually using an agency-issued identification card. And I just don't see why that is a reasonable interpretation. It seems to me that it's too narrow an interpretation. It's not my argument. My argument is that if he produces a false identification card like he did in this case, he can be prosecuted under A1. But he wasn't. He was prosecuted under A6, which doesn't include false identification documents. Okay. I hear your argument. Okay. I don't see why the government would want to do what you want us to read Section 6 as doing. It looks like a statute that was written as broadly as they could think of in order to catch people who pass themselves off as some kind of Fed and aren't. Well, I don't know that it was. First of all, I know that the statute ---- Give me a rational purpose. I'm kind of a learned hand guy in my approach to construction of statutes. Give me a rational purpose why the government or why Congress would write subsection A6 to accomplish and limit the criminal circumstances as you suggest. Well, one of the reasons is that when they created the document, they actually amended the proposed document to take out a lot of the possession charges that were already covered by other statutes. So this wasn't intended to be the all-encompassing fraudulent ID card. There is a lot of crimes that are covered by other statutes. This was supposed to be an aggravated form of identity theft and to cover specific instances. So just because it doesn't fall under A6 doesn't mean it can't be prosecuted as a crime. But this was a very specific, narrow, aggravated form of identity theft for this statute. But the theft is the identity is that of a legitimate federal law enforcement officer. In this case? Well, I mean, the guy's trying to pass himself off as if he were a special agent employed by the United States Department of State. Right. And I'm not saying that he couldn't be charged with impersonating an officer or he couldn't be charged under A1 or he couldn't be charged with other crimes. All I'm saying is it doesn't fall under A6 because A6 excludes false documents. It only includes real documents or counterfeits of real documents. That's what it means by without lawful authority. Thank you. Thank you, counsel. Good morning, Your Honor. My name is Nancy Cook. I'm an assistant United States attorney and the trial attorney in Mr. Fuller's case. You're also the attorney who drafted this indictment? Yes, I am. Do you agree that the facts in this case would constitute a violation of A1? Not necessarily, Your Honor. Why not? What's missing from A1? Because we would have to know that he actually produced it. He actually created the document itself. We know that he possessed it. We didn't know he produced it. So in your mind, the major difference between A1 and A6 is one is producing and the other is possessing. I believe that's correct, Your Honor.  It doesn't mean showing. That, in my opinion, yes, Your Honor. If a policeman says, would you produce your license and registration? He says, okay, let me go to my garage and crank up my machine. In my opinion, to produce it means to actually make production of it. So your argument, Ms. Cook, is that there is no other subsection that really addresses what he did? The possession of it, yes, Your Honor. And I believe that in this case, first of all, I believe the brief that the government supplied adequately addresses the issues that the court has arisen. But also, one of the ---- Well, and it doesn't come under 4, which mentions a false document, because you would have to prove an intent to defraud the U.S. under 4. Right, Your Honor. And ---- So it would probably be a reach to suggest he was defrauding them of the use of their gun locker. I think it would, Your Honor. I think that 6 is the appropriate subsection of Title 18 United States Code 1028 in regards to what this defendant did and was alleged to have done and was found guilty of doing. All right. Then we're finally to the point, you know, of meeting Ms. Dobbs' argument. What's wrong with her construction of the statute? I think it's nonsensical. And I believe that's how it was briefed. Because, first of all, there is a case that does handle this and has decided on this matter, and that is the Goss case, Gross case, I think I'm pronouncing it correctly now. And it goes through quite ---- it's a Sixth Circuit case, which we cited in the brief, and it goes through quite a bit of litigation. She says that involved a, you know, different statute in the sense that it was differently worded at that time, the statute. I believe what you were handed is different than what it is at the time it was charged. No, I mean under Gross, the statute was differently worded. I don't ---- I didn't see that, Your Honor. All right. Go ahead. Go ahead. I believe that this ---- the indictment that we used is basically the same indictment that they used, and the charge is basically the same, and the jury instructions were basically the same, that it's nonsensical to think that you have to have a genuine document to have a false document. I don't understand why it's nonsensical. I mean, if you read subsection 6, it doesn't seem like a nonsensical reading to me. To read appears to be to modify only the authentication feature and not also to modify identification document. The grammar allows for either reading and either reading. I agree with that, Your Honor. I don't see where it's nonsense. The defendant's argument that it has to be from a genuine ---- has to have been produced genuinely, which is my understanding of her argument, that it has to be a genuine document to be what appears to be a false ---- you know, what appears to be a genuine document. I think what ---- I don't think I understood that, the words you just used. My understanding of the defendant's argument is that it needs to be a genuine document as ---- that we have to prove it was a genuine document. What she's saying is it could be a fake, but if it's a fake of an agency that doesn't exist, then it goes beyond fake. It's nothing. You're not passing yourself off as any kind of real Fed because there's no such agency. Well, I don't believe that that's what the statute is written to address. I believe it ---- Tell me how to read it so that it doesn't ---- I believe it's written as appears. It says appears to be. Without a comma. Yeah. And clearly it appears to be a genuine document, and the jury was charged that way to determine whether or not it was an identification document that under C-1, which is what ---- What if it said Department of Flying Saucers? It looks ---- it has an eagle, and it has the olive branch, and the whole deal, and it has the old-fashioned typeface, and it says that this individual is ---- represents the Department of Flying Saucers and is entitled to all the privileges and monuments and immunities assigned to such. Crime? It's a question of fact, isn't it? It really would be. It would depend on to whom you portrayed yourself. Are you complaining? Are you saying you're a special agent, a Federal special agent? I'm a special agent of the Flying Saucer Agency. I think it would depend on your audience, and it would be a jury question for them to determine whether or not that was an identification document that appeared to be issued under the authority of the United States. Like if you were in New Mexico. What is it, Area 51? That's Nevada. I'm very careful what I say because of where I live, and I don't want to disparage anybody's belief systems, but I believe taken in totality, the facts of this case clearly are ---- But seriously, isn't it really a ---- I mean, that kind of thing is a question of fact. In the first instance, whether the assistant at the complaint desk is going to say, well, I mean, is this reasonably believable? Does the average person think this appears to be a government department? And you've got to pass the hearing people in the U.S. Attorney's Office, and then you've got to get it by the grand jury, and then you've got to go to the jury and make a question of fact if you think it presents a plausible claim. Right. And that's exactly what happened in this case. We have an identification document that other law enforcement questioned but didn't know for a fact it wasn't a legitimate credentials. They had to make their own inquiry to determine that, and then the grand jury made their finding, and then the jury, in fact, made their finding, and the jury instructions defined for them what an identification document is under C-1 of the statute, which clearly is what is to be used to discuss Subsection 6. And one thing that the Gross case did talk about, and I did a lot of rereading of the statute because the Gross case says that it is a poorly worded subsection. In the last part of it, it clearly states, it says, knowingly possesses identification document that is or appears to be an identification document of the United States which is stolen or produced without lawful authority, knowing that such document, it doesn't use the term identification document again. It says knowing that it can't be a real identification document because we're saying it's a false identification document. So I think that has been stolen or produced without lawful authority. And so to have a true identification document, it has to have been produced under the lawful authority. So there at the end, it kind of ties it together more neatly that it is a false document because it's not been produced without the lawful authority. So if it's the vertical alien, vertical border patrol instead of horizontal, and it's the Department of Flying Saucers to apprehend illegal aliens, then it really is something to be presented to a jury, and they can decide whether it might fool somebody into thinking this guy's a real threat. I think that that would be something that would be, there would be several, as the judge pointed out, several steps that might go through that. You'd have to get an AUSA to prosecute. You might not get approval for that indictment. You might feel a little embarrassed to present that one as a government official. Looking, though, I don't know what the exhibit number is, but looking at the actual credential and the badge that you presented, there are a couple of things that strike me about it. I think they are authentication features. One is the superimposition of the eagle holding the arrows and the olive branch, which we frequently see. And the second is the shape of the badge appears to be the same shape that the United States Marshals carry. So I could see where a jury would have to look at that and try to figure out whether this guy was trying to pass himself off as a federal agent, even though we know that most federal agents carry badges that look differently. Right, and I think that that was something that was explained by a witness during the trial. I believe his name was Clint Taylor from the Department of State. What is your understanding of the meaning of authenticated features? Is that like a hologram? At one time I looked this up to try to make that distinction myself, and I think in this case it would include many different features, as Judge Tallman has discussed. And at the time of sentencing, the court and I had a great deal of discussion as to whether or not I charged it as broadly as I could have in the case. But I think that there are many features in this that would and I have a terrible time pronouncing authentication. You're not alone. Features. So I believe that there are many features that would qualify for that in this particular case. Thank you, counsel. Thank you very much. We went all through your time, but if you want to take 30 seconds or so, go ahead. I would just point out subsection 4 talks about possession of a real or false document, but it also requires it with the intent to defraud. But if possession alone were enough under A-6, then A-4 would be needless. But as you point out, based on your client's conduct at the port of entry here, it would be a stretch to say that there was an attempt to defraud the United States out of something. Right, right. I was only being half facetious when I suggested the use of the storage locker. No. I suppose you could make that argument. Why even have 4 if all you need is possession under 6? Because, as you just read, 4, it criminalizes a more narrow class of conduct that you'd have to show a nexus to attempt to defraud the United States through the use of the credentials. So why would a government charge a more narrow crime when it can charge a more broad crime? Because I'm not sure that they – I think you would have won an acquittal under 4, whereas 6 is probably the more appropriate charge given the way in which the statute is. And just the other point that I wanted to make is in Gross, the language of A-6, and this is included in the opinion itself, in Gross, A-6 read, possesses an identification document that is or appears to be an identification document of the United States. That's what the statute read in Gross. Well, but that language still exists in 6. It just depends on whether you read it with comma. Well, no. That was the actual reading of 6. Now they've added the – I understand that, but the language, it still appears to be an identification document of the United States. They've inserted authentication – Features without commas. Right. With disjunct – okay. I think we understand your argument. Thank you very much. Thank you, Justice. The United States v. 4 is submitted.
judges: Kleinfeld, Tashima, Tallman